UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: UNITED MARINE OFFSHORE LLC          CIVIL ACTION NO. 6:18-cv-01045

JUDGE JUNEAU

MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Keith Caywood's motion to dismiss for lack of subject-matter jurisdiction (Rec. Doc. 25) is DENIED.

Signed at Lafayette, Louisiana, this 20 day of May 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE